NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JOYCE BRANCH-WILLIAMS,**
*Petitioner,*

v.

**MERIT SYSTEMS PROTECTION BOARD,**
*Respondent,*

AND

**DEPARTMENT OF VETERANS AFFAIRS,**
*Intervenor.*

---

2011-3112

---

Petition for review of the Merit Systems Protection Board in case no. PH0752100589-I-1.

---

## ON MOTION

---

## ORDER

The Department of Veterans Affairs moves without opposition to reform the official caption to designate the Merit Systems Protection Board as the respondent and the Department of Veterans Affairs as intervenor.

Pursuant to 5 U.S.C. § 7703(a)(2), the Board is designated as the respondent when the Board's decision concerns the procedure or jurisdiction of the Board. The employing agency is designated as the respondent when the Board reaches the merits of the underlying case.

Accordingly,

IT IS ORDERED THAT:

(1) The motion is granted. The revised official caption is reflected above.

(2) The Board and Department shall file their briefs within 21 days from the date of filing of this order.

FOR THE COURT

<u>JUL 2 0 2011</u>
Date

<u>/s/ Jan Horbaly</u>
Jan Horbaly.
Clerk

cc: Joyce Branch-Williams
    Kent C. Kiffner, Esq. (informal brief enclosed)
    Calvin Morrow, Esq. (informal brief enclosed)

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUL 2 0 2011

JAN HORBALY
CLERK